# AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH

Commonwealth of Virginia
Va. Code § 8.01-301, -310, -329; 55-218.1; 57-51

Case No.: 3:11cv496

**FILED SEP - 1 2011** CLERK U.S. DISTRICT COURT RICHMOND, VA

United States Eastern .................. District Court

SANDRA J. BERRIOS      v.      EXPERIAN INFORMATION SOLUTIONS, INC.

TRANS UNION, LLC.

EQUIFAX, INC., et al.

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments: [ ] Warrant  [ ] Motion for Judgment  [ ] Garnishment Summons  [X] Summons and Complaint

I, the undersigned Affiant, state under oath that:
[ ] the above-named defendant [X] ........ FLAGSTAR BANK, FSB
whose last known address is: [ ] same as above [X] ........ 5151 Corporate Drive, Mail Stop E-700-3
Troy, MI 48098

1. [X] is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).

2. [ ] is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT ON BACK) and that

_____ is the return date on the attached warrant, motion for judgment or notice (see TIMELY SERVICE REQUIREMENT on reverse).

8/4/11
DATE

K C Kelly
[ ] PARTY   [X] PARTY'S ATTORNEY   [ ] PARTY'S AGENT

State of Virginia ........ [ ] City [X] County of Fairfax

Acknowledged, subscribed and sworn to before me this 4th day of August, 2011

7118445
NOTARY REGISTRATION NUMBER

Olga Campos-Jorge Macias
[ ] CLERK  [ ] MAGISTRATE  [X] NOTARY PUBLIC (My commission expires: ........)

*(Notary seal: OLGA CAMPOS-JORGE MACIAS, NOTARY PUBLIC, REGISTRATION # 7118445, COMMONWEALTH OF VIRGINIA, MY COMMISSION EXPIRES MARCH 31, 2015)*

[ ] Verification of the date of filing of the certificate of compliance requested in the self-addressed stamped envelope provided.

NOTICE TO THE RECIPIENT from the Office of the Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.
SERVICE OF PROCESS IS EFFECTIVE ON THE DATE THAT THE CERTIFICATE OF COMPLIANCE IS FILED WITH THE ABOVE-NAMED COURT.

## CERTIFICATE OF COMPLIANCE

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On AUG 16 2011, legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On AUG 29 2011, papers described in the Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

_____
SERVICE OF PROCESS CLERK, DESIGNATED BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM DC-410 (FRONT) 11/07