IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Civil Division

| | |
|---|---|
| SANDRA BERRIOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.: 1:11cv01130 |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., et al. ) | |
| Defendants. ) | |

F I L E D
OCT 3 1 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CONSENT ORDER TO ALLOW PLAINTIFF TO AMEND HER COMPLAINT

Pursuant to Rule 15(a)(2), plaintiff Sandra Berrios ("Plaintiff"), by and through their undersigned counsel, and defendants Experian Information Solutions, Inc. ("Experian"), Flagstar Bank, FSB ("Flagstar"), Equifax, Inc. ("Equifax") and Trans Union, LLC ("Trans Union"), by their undersigned counsel, hereby stipulate and agree to allow Plaintiff to amend her complaint to substitute Equifax Information Services, LLC for Equifax, Inc. as a party in this matter. The Plaintiff has not previously amended her complaint and good cause exists for her amended complaint.

IT IS SO ORDERED:

Dated: October 31, 2011

/s/
Ivan D. Davis
United States Magistrate Judge

WE ASK FOR THIS:


*/s/ Kristi Kelly*
Kristi Cahoon Kelly
Virginia State Bar No. 72791
SUROVELL ISAACS PETERSEN & LEVY, PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
Email: kkelly@siplfirm.com

Leonard B. Bennett
Virginia State Bar No. 37523
Susan A. Rotkis
Virginia State Bar No. 40639
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com
*Attorneys for Plaintiff*

SEEN AND AGREED:


*/s/ John Montgomery*
John W. Montgomery, Jr., Esq.
Virginia State Bar No. 37149
MONTGOMERY & SIMPSON, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com
*Counsel for Equifax, Inc.*

SEEN AND AGREED:

_____
David N. Anthony, Esq.
Virginia State Bar No. 31696
TROUTMAN SANDERS, LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*


_____
Grant E. Kronenberg, Esq.
Virginia State Bar No. 65647
MORRIS & MORRIS, PC
11 South 12th Street, 5th Floor
P.O. Box 30
Richmond, VA 23218
Telephone: (804) 344-6334
Facsimile: (804) 344-8359
Email: gkronenberg@morrismorris.com
*Counsel for Trans Union, LLC*


_____
Anitra Goodman Royster, Esq.
Virginia State Bar No. 48328
ALLSTON & BIRD, LLP
4721 Emperor Blvd., Suite 400
Durham, NC 27703
Telephone: (919) 862-2200
Facsimile: (919) 862-2260
Email: anitra.royster@alston.com
*Counsel for Flagstar Bank, FSB*