IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SANDRA J. BERRIOS, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.1:11-cv-01130-AJT-IDD |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., *et al.* ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Comes now the Plaintiff, by counsel, and moves for modification of the court's scheduling order (Docket #35, 37) so that the deadline for Plaintiff's expert disclosures shall be enlarged until January 23, 2012. The Plaintiff respectfully requests a proportionate enlargement for the Defendants to identify their experts to be February 23, 2012, or such an enlargement as the court deems proper for all parties to designate their experts.

Therefore, the Plaintiff respectfully requests that the court grant her motion to modify the scheduling order and enlarge the time in which the parties must identify expert witnesses.

Sandra Berrios,

/s/
Susan M. Rotkis
VSB #40693
Attorney for Plaintiff
CONSUMER LITIGATION ASSOC., P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601

1

(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
srotkis@clalegal.com

Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

Kristi Cahoon Kelly, VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone (703) 277-9774
Facsimile (703) 591-9285
kkelly@siplfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: **david.anthony@troutmansanders.com**


Grant Edward Kronenberg
Morris & Morris PC
11 South 12th Street
5th Floor

PO Box 30
Richmond, VA 23218
Email: **gkronenberg@morrismorris.com**

George Everitt Kostel
Nelson Mullins Riley & Scarborough LLP (DC)
101 Constitution Avenue, NW
Suite 900
Washington, DC 20001
(202) 712-2800
Fax: (202) 712-2860
Email: George.Kostel@Nelsonmullins.com

                                                      /s/
                                    Susan M. Rotkis
                                    Attorney for Plaintiff
                                    CONSUMER LITIGATION ASSOC., P.C.
                                    763 J. Clyde Morris Boulevard, Suite 1-A
                                    Newport News, Virginia 23601