IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SANDRA J. BERRIOS, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.1:11-cv-01130-AJT-IDD |
| ) | |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., *et al.* ) | |
| Defendants. ) | |
| ) | |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Comes now the Plaintiff, by counsel, and supplements her memorandum in support of her motion to modify the scheduling order in this case. At the time Plaintiff filed her motion and memorandum in support, Plaintiff had not been able to reach counsel for Defendant Flagstar Bank in order to ascertain whether it consented to the motion. Since the time of filing, Flagstar Bank, by counsel, has consented. Therefore, all parties consent to a modification in order to extend the time for the Plaintiff to disclose her experts until January 23, 2012, and for the Defendants to disclose their experts by February 24, 2012.

                Sandra Berrios

                /s/
                Susan M. Rotkis
                VSB 40693
                Attorney for Plaintiff
                CONSUMER LITIGATION ASSOC., P.C.
                763 J. Clyde Morris Boulevard, Suite 1-A
                Newport News, Virginia 23601
                (757) 930-3660 - Telephone

(757) 930-3662 – Facsimile
srotkis@clalegal.com

Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net


Kristi Cahoon Kelly, VSB #72791
SUROVELL ISAACS PETERSEN &
LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone (703) 277-9774
Facsimile (703) 591-9285
kkelly@siplfirm.com

*Counsel for Plaintiffs*


### **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:


George Everitt Kostel
Nelson Mullins Riley & Scarborough LLP (DC)
101 Constitution Avenue, NW
Suite 900
Washington, DC 20001
(202) 712-2800
Fax: (202) 712-2860
Email: George.Kostel@Nelsonmullins.com


David Neal Anthony
Troutman Sanders LLP

Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: **david.anthony@troutmansanders.com**

Grant Edward Kronenberg
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
Email: **gkronenberg@morrismorris.com**


John Willard Montgomery , Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
Email: jmontgomery@jwm-law.com



            /s/
          Susan M. Rotkis
          VSB 40693
          Attorney for Plaintiff
          CONSUMER LITIGATION ASSOC., P.C.
          763 J. Clyde Morris Boulevard, Suite 1-A
          Newport News, Virginia 23601