**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SANDRA J. BERRIOS,

    Plaintiff

                                                  CIVIL ACTION NO. 1:11-cv-01130-AJT-IDD

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., FLAGSTAR BANK, FSB,
And EQUIFAX INFORMATION SERVICES, LLC.,

    Defendants.

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on the 23rd day of February, 2012, at 10:00 a.m., and continuing until completed, at the offices of SUROVELL ISAACS PETERSON & LEVY, PLC, 4010 University Drive, Second Floor, Fairfax, VA 22030, Plaintiff, through her attorney, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, will take the video and telephonic deposition of *all ACDV Operators who processed the Plaintiffs' disputes.*

                                                Respectfully submitted

                                                SANDRA J. BERRIOS,

                                                By_____
                                                    Of Counsel

Leonard A. Bennett, VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com

Susan Rotkis, Esq. VSB #40639
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

Kristi Cahoon Kelly, VSB #72791
SUROVELL ISAACS PETERSEN & LEVY, PLC
4010 University Drive, Second Floor
Fairfax, Virginia 22030
(703) 251-5400 - Telephone
(703) 591-9285 - Facsimile
E-mail: kkelly@siplfirm.com

Matthew James Erausquin
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(703) 273-6080 - Telephone
(888) 892-3512 – Facsimile
E-mail: matt@clalegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following on this the 2nd day of February, 2012, as follows:

George Everitt Kostel
Nelson, Mullins, Riley & Scarborough
101 Constitution Avenue, NW
Suite 900
Washington, DC 20001
E-mail George.Kostel@Nelsonmullins.com

Anitra Goodman Royster
Allston & Byrd LLP (NC)
4721 Emperor Blvd
Suite 400
Durham, NC 27703
Email: anitra.royster@alston.com

By: _____
Leonard A. Bennett, Esq.
VSB# 37523
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, VA 23601
Phone: (757) 930-3660
Fax: (757) 930-3662
lenbennettt@clalegal.com