IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SANDRA J. BERRIOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11-cv-01130-AJT-IDD |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF HEARING

Please take notice that on February 17, 2012 at 10:00 a.m., or as soon thereafter as its counsel may be heard, Defendant Flagstar Bank, F.S.B. will present argument in support of its Motion for Protective Order.

Respectfully submitted,

FLAGSTAR BANK, F.S.B.
By Counsel

February 10, 2012

NELSON MULLINS RILEY & SCARBOROUGH LLP

_____/s/_____
George E. Kostel, VSB No. 34757
101 Constitution Avenue, N.W., Suite 900
Washington, D.C. 20001
Telephone: (202) 712-2800
Facsimile: (202) 712-2860
Email: george.kostel@nelsonmullins.com

*Counsel for Defendant Flagstar Bank, F.S.B.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2012, Flagstar Bank's Notice of Hearing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Kristi Cahoon Kelly
>SUROVELL ISAACS PETERSEN & LEVY, PLC
>4010 University Drive, Second Floor
>Fairfax, Virginia 22030
>
>Leonard A. Bennett
>CONSUMER LITIGATION ASSOCIATES, P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, Virginia 23505
>
>Matthew James Erausquin
>CONSUMER LITIGATION ASSOCIATES, PC
>1800 Diagonal Road, Suite 600
>Alexandria, VA 22314
>
>*Counsel for Plaintiff Sandra J. Berrios*
>
>David Neal Anthony
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>P.O. Box 1122
>Richmond, VA 23219
>
>Syed Mohsin Reza
>TROUTMAN SANDERS LLP
>1660 International Drive
>Suite 600
>McLean, VA 22102
>
>*Counsel for Defendant Experian Information Solutions, Inc.*
>Grant Edward Kronenberg
>MORRIS & MORRIS PC
>11 South 12th Street
>P.O. Box 30
>Richmond, VA 23218
>
>*Counsel for Defendant Trans Union, LLC*

John Willard Montgomery, Jr.
MONTGOMERY & SIMPSON, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230

*Counsel for Defendant Equifax Information Services, LLC*

/s/
George E. Kostel, Esq., VSB No. 34757
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 712-2800
Facsimile: (202) 712-2860
Email: george.kostel@nelsonmullins.com

*Counsel for Defendant Flagstar Bank, F.S.B.*

~#4845-7513-8318 v.1~