# Kristi Cahoon Kelly

| | |
|---|---|
| **From:** | Leonard Bennett [lenbennett@clalegal.com] |
| **Sent:** | Friday, February 03, 2012 4:27 PM |
| **Cc:** | Vicki Ward; George.Kostel@Nelsonmullins.com; Susan Rotkis; Kristi Cahoon Kelly; Olga Macias |
| **Subject:** | Re: Sandra Berrios v. Flagstar Bank |

George -

I have been unable to obtain your return call or joinder in a Rule 37 meet and confer process.  We intend to file our motion to compel and rule 37c1 motion on Monday unless we have full discovery answers by Monday at noon.

Len

Sent from my iPad

On Feb 3, 2012, at 3:39 PM, "Royster, Anitra" <Anitra.Royster@alston.com> wrote:

> Please note that my firm and I withdrew from this matter.  Thanks.
>
> Anitra G. Royster
> 919-862-2280
> anitra.royster@alston.com
>
> ---
>
> **From:** Vicki Ward [mailto:vickiward@clalegal.com]
> **Sent:** Friday, February 03, 2012 3:38 PM
> **To:** George.Kostel@Nelsonmullins.com; Royster, Anitra
> **Cc:** Leonard Bennett; Susan Rotkis; Kristi Cahoon Kelly; Olga Macias
> **Subject:** Sandra Berrios v. Flagstar Bank
>
> Ms. Royster and Mr. Kostel:
>
> Attached hereto please find the following with regard to the above matter:
>
> 1. Forwarding letter;
> 2. 30(b)(6) Deposition Notice;
> 3. Notice of Deposition of Flagstar's ACDV Operators who processed the Plaintiff's disputes.
>
> The originals will be mailed to you today, as well.
>
> Thanks,
>
> **Vicki Ward, Legal Assistant**
> **CONSUMER LITIGATION ASSOCIATES, P.C.**
> **763 J. Clyde Morris Boulevard, Suite 1-A**
> **Newport News, VA  23601**
> **Phone - 757-930-3660**

1

Fax: 757-930-3662
e-mail: vickiward@clalegal.com

**This message contains information from Consumer Litigation Associates, Inc. which may be confidential and privileged. If you are not an intended recipient and have received this transmission in error, please contact (757) 930-3660 to report same.**

*********************************************************** IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
_____ NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.