**Kristi Cahoon Kelly**

| | |
|---|---|
| From: | Leonard Bennett [lenbennett@clalegal.com] |
| Sent: | Monday, February 06, 2012 9:54 PM |
| To: | Leonard Bennett |
| Cc: | George Kostel; Vicki Ward; Susan Rotkis; Kristi Cahoon Kelly; Olga Macias |
| Subject: | Re: Sandra Berrios v. Flagstar Bank |

Kristi -

Given my neck injury, I was unable to force this noon call. Please follow up with Mr. Kostel and meet and confer regarding his discovery objections. (He has not served any responses or a privilege log). We will file our Motion for Rule 37c1 Sanctions and Motion to Compel by close of day Friday.

George, I am asking that Kristi call you tomorrow at 11 am. If that time is not available, please advise an alternate time.


Len
On Feb 3, 2012, at 5:39 PM, Leonard Bennett wrote:


You have not served any responses to our discovery. There is your letter. I will call you at noon on Monday.

Sent from my iPad

On Feb 3, 2012, at 4:37 PM, George Kostel <George.Kostel@nelsonmullins.com> wrote:

> Len,
> I've been tied up preparing for a hearing today. I'd be glad to speak on Monday. File what you want but Local Rule 37(E) is interpreted here as an actual conference or at least a letter
>
> **From:** Leonard Bennett [mailto:lenbennett@clalegal.com]
> **Sent:** Friday, February 03, 2012 4:27 PM
> **Cc:** Vicki Ward; George Kostel; Susan Rotkis; Kristi Cahoon Kelly; OlgaMacias
> **Subject:** Re: Sandra Berrios v. Flagstar Bank
>
> George -
>
> I have been unable to obtain your return call or joinder in a Rule 37 meet and confer process. We intend to file our motion to compel and rule 37c1 motion on Monday unless we have full discovery answers by Monday at noon.
>
> Len
>
> Sent from my iPad
>
> On Feb 3, 2012, at 3:39 PM, "Royster, Anitra" <Anitra.Royster@alston.com> wrote:
>
>> Please note that my firm and I withdrew from this matter.
>> Thanks.

1

Anitra G. Royster
919-862-2280
anitra.royster@alston.com

---

**From:** Vicki Ward [mailto:vickiward@clalegal.com]
**Sent:** Friday, February 03, 2012 3:38 PM
**To:** George.Kostel@Nelsonmullins.com; Royster, Anitra
**Cc:** Leonard Bennett; Susan Rotkis; Kristi Cahoon Kelly; Olga Macias
**Subject:** Sandra Berrios v. Flagstar Bank

Ms. Royster and Mr. Kostel:

Attached hereto please find the following with regard to the above matter:

1. Forwarding letter;
2. 30(b)(6) Deposition Notice;
3. Notice of Deposition of Flagstar's ACDV Operators who processed the Plaintiff's disputes.

The originals will be mailed to you today, as well.

Thanks,


**Vicki Ward, Legal Assistant**
**CONSUMER LITIGATION ASSOCIATES, P.C.**
**763 J. Clyde Morris Boulevard, Suite 1-A**
**Newport News, VA  23601**
**Phone -  757-930-3660**
**Fax:  757-930-3662**
**e-mail: vickiward@clalegal.com**

**This message contains information from Consumer Litigation Associates, Inc. which may be confidential and privileged.  If you are not an intended recipient and have received this transmission in error, please contact (757) 930-3660 to report same.**



************************************************************ IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
_____ NOTICE:

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

=====================================================================
=

Confidentiality Notice

This message is intended exclusively for the individual or
entity to which it is addressed. This communication may
contain information that is proprietary, privileged,
confidential or otherwise legally exempt from disclosure.

If you are not the named addressee, you are not authorized
to read, print, retain, copy or disseminate this message
or any part of it.  If you have received this message in
error, please notify the sender immediately either by
phone (800-237-2000) or reply to this e-mail and delete
all copies of this message.

To ensure compliance with the requirements imposed by the
IRS, we inform you that any U.S. federal tax advice
contained in this communication (including the
attachments) is not intended or written to be used, for
the purpose of (a) avoiding penalties under the Internal
Revenue Code or (b) promoting, marketing or recommending
to another party any transaction or tax-related matter[s].
To provide you with a communication that could be used to
avoid penalties under the Internal Revenue Code will
necessarily entail additional investigations, analysis and
conclusions on our part.
=====================================================================
=