# Kristi Cahoon Kelly

| | |
|---|---|
| **From:** | Kathryn Scott [Kathryn.Scott@nelsonmullins.com] on behalf of George Kostel [George.Kostel@nelsonmullins.com] |
| **Sent:** | Tuesday, February 07, 2012 10:16 AM |
| **To:** | lenbennett@clalegal.com |
| **Cc:** | Kristi Cahoon Kelly; Scott Surovell |
| **Subject:** | Berrios v. Experian Information Systems, Inc., et al. |
| **Attachments:** | 2 7 12 letter to L Bennett.pdf |

Attached is correspondence from George Kostel regarding the above referenced case.

*Kathryn Ann Scott*
Administrative Assistant
to George E. Kostel
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W.
Suite 900
Washington, D.C. 20001
(202) 712-2891
kathryn.scott@nelsonmullins.com

===============================================================================

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.

If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

To ensure compliance with the requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including the attachments) is not intended or written to be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or tax-related matter[s]. To provide you with a communication that could be used to avoid penalties under the Internal Revenue Code will necessarily entail additional investigations, analysis and conclusions on our part.
===============================================================================

1

# Nelson
# Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
101 Constitution Avenue, NW / Suite 900 / Washington, DC 20001
Tel: 202.712.2800 Fax: 202.545.2958
www.nelsonmullins.com

George E. Kostel
Tel: 202.545.2969
Fax: 202.545.2958
george.kostel@nelsonmullins.com

February 7, 2012

VIA ELECTRONIC AND REGULAR MAIL

Leonard A. Bennett, Esq.
Consumer Litigation Associates
753 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601

    Re:   *Sandra J. Berrios v. Experian Information Solutions, Inc., et al.*
           U.S. District Court for the Eastern District of Virginia;
           Civil Action No. 1:11-cv-01130-AJT-IDD

Dear Len:

    I expected to hear from you at 12 noon yesterday as we had scheduled to discuss the discovery concerns you alluded to on Friday. In preparation for the "meet and confer" conference I had planned to have with you today, I looked over your client's discovery requests, our objections, and Flagstar's responses served on January 23, 2012.[1] I wanted to write to confirm that we will produce, subject to an agreed protective order, a number of the documents you requested.

    1.     If we can work through the terms of an agreed protective order I will provide you with documents responsive to your requests for policies and training materials (Request Nos. 7, 10, 11 & 21) no later than Friday.

    2.     Upon entry of the protective order, I will also supply answers to the interrogatories you have asked regarding training and compliance procedures. We will also provide the necessary systems information to understand the notes

---

[1] You indicated no responses were served. That is mistaken. I had understood this to mean you were not satisfied with the responses, but now believe you may not have received them. Everything was served on you and Ms. Kelly on the date due.

*With twelve office locations in the District of Columbia, Florida, Georgia, Massachusetts, North Carolina, South Carolina, and West Virginia*

Leonard A. Bennett, Esq.
February 7, 2012
Page 2

on the account. I believe these consist of Interrogatory Nos. 1, 2, 7, 8, 10 & 14. I hope to have those supplemental answers prepared by Friday as well.

3. We will also expound on our response to Interrogatory Nos. 4 & 16 pertaining to our investigation of Plaintiff's account and any manuals that applied. Interrogatory Nos. 6, 12 & 20 are related documents (Document Requests Nos. 21 & 23).

If there are any other issues you wanted to address, I look forward to rescheduling our "meet and confer" that we had planned to have yesterday. I can be available any day except Thursday after 10:00 a.m. and Friday before 1:00 p.m. I will endeavor to prepare in advance of any conference if you will let me know what topics you would like to address.

I will write separately regarding the two deposition notices from you that I received in yesterday's mail.

Very truly yours,

George E. Kostel

GEK:kas

cc: Kristi Cahoon Kelly, Esq. (e-mail only)
    Scott Surovell, Esq. (e-mail only)