**Kristi Cahoon Kelly**

| | |
|---|---|
| **From:** | Kristi Cahoon Kelly |
| **Sent:** | Tuesday, February 07, 2012 11:07 AM |
| **To:** | 'George Kostel'; lenbennett@clalegal.com |
| **Cc:** | Susan M. Rotkis; Olga Macias; 'Vicki Ward' |
| **Subject:** | RE: Berrios v. Experian Information Systems, Inc., et al. |

Mr. Kostel,

I just left you a voice message. I am available to talk at anytime today that would be convenient for you. Please let me know when would be the best time to call.

I will look forward to hearing from you.

Thanks,

Kristi Cahoon Kelly
Surovell, Isaacs, Petersen & Levy, PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Tel: (703) 277-9774
Fax: (703) 591-9285
kkelly@siplfirm.com

Please do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call me at 703-251-5400 or e-mail me immediately. Thank you.

---

**From:** Kathryn Scott [mailto:Kathryn.Scott@nelsonmullins.com] **On Behalf Of** George Kostel
**Sent:** Tuesday, February 07, 2012 10:16 AM
**To:** lenbennett@clalegal.com
**Cc:** Kristi Cahoon Kelly; Scott Surovell
**Subject:** Berrios v. Experian Information Systems, Inc., et al.

Attached is correspondence from George Kostel regarding the above referenced case.

*Kathryn Ann Scott*
Administrative Assistant
to George E. Kostel
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W.
Suite 900
Washington, D.C.  20001
(202) 712-2891
kathryn.scott@nelsonmullins.com

==================================================================

Confidentiality Notice

This message is intended exclusively for the individual or
entity to which it is addressed. This communication may
contain information that is proprietary, privileged,

1

confidential or otherwise legally exempt from disclosure.

If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

To ensure compliance with the requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including the attachments) is not intended or written to be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or tax-related matter[s]. To provide you with a communication that could be used to avoid penalties under the Internal Revenue Code will necessarily entail additional investigations, analysis and conclusions on our part.
==============================================================================