## Kristi Cahoon Kelly

| | |
|---|---|
| From: | Leonard Bennett [lenbennett@clalegal.com] |
| Sent: | Wednesday, February 08, 2012 1:49 PM |
| To: | George Kostel |
| Cc: | Kristi Cahoon Kelly; Scott Surovell |
| Subject: | Re: Multiple Deposition Notices Served on Flagstar |

Counsel -

The low-level employees are non party witnesses was expressly addressed in Wilkes v GMAC. The EDVA Alex court rejected your argument.

Re: location - we are willing to work with you and can likely take the deps by phone with.video transcript.

The 30b6 topics are litigation tested as well.

Re: timing - you have wholly failed to comply with your disclosure and discovery obligations and have yet to return a call. If you do not like those dates, suggest alternatives that are not much more delayed than the ones we noticed.

Otherwise, please copy us on your Motion.

Len

Sent from my iPhone

On Feb 8, 2012, at 9:47 AM, "George Kostel" <George.Kostel@nelsonmullins.com> wrote:

> Attached please find correspondence from George Kostel.
>
> Best regards,
>
> *Kathryn Ann Scott*
> Administrative Assistant
> to George E. Kostel
> Nelson Mullins Riley & Scarborough LLP
> 101 Constitution Avenue, N.W.
> Suite 900
> Washington, D.C. 20001
> (202) 712-2891
> kathryn.scott@nelsonmullins.com
>
> ================================================================
> =
>
>
>
> Confidentiality Notice
>
> This message is intended exclusively for the individual or
> entity to which it is addressed. This communication may
> contain information that is proprietary, privileged,

1

confidential or otherwise legally exempt from disclosure.

If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

To ensure compliance with the requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including the attachments) is not intended or written to be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or tax-related matter[s]. To provide you with a communication that could be used to avoid penalties under the Internal Revenue Code will necessarily entail additional investigations, analysis and conclusions on our part.
==============================================================================
=

<2 8 letter Bennett and Kelly.pdf>