## Kristi Cahoon Kelly

| | |
|---|---|
| **From:** | Kristi Cahoon Kelly |
| **Sent:** | Thursday, February 09, 2012 5:03 PM |
| **To:** | 'George Kostel' |
| **Cc:** | 'Leonard Bennett'; Susan Rotkis; Scott Surovell |
| **Subject:** | Berrios- Protective Order and Proposed Order Regarding Discovery |
| **Attachments:** | Protective Order Berrios.DOC; Consent Order Regarding Discovery_ Berrios.doc |

Mr. Kostel,

Please see the attached proposed protective order and agreed order regarding discovery.

Please let me know if the protective order is acceptable to you. If so, I will sign and send you a copy for submission to the court.

Regarding the order, I believe I have adequately summarized our meet and confer telephone call this morning in the proposed order. Since you indicated that you were going to supplement the majority of your responses where you reference the loan file and regarding the credit disputes, I assumed that means you intended to withdraw your objections, which is why the order reflects that. If you do not intend to withdraw your objections to the responses/answers you will supplement, please let me know so I can file an appropriate motion to compel with the court.

Thank you for your cooperation.

Kristi Cahoon Kelly
Surovell, Isaacs, Petersen & Levy, PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Tel: (703) 277-9774
Fax: (703) 591-9285
kkelly@siplfirm.com

Please do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call me at 703-251-5400 or e-mail me immediately. Thank you.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SANDRA J. BERRIOS,<br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., *et al.*<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 1:11-cv-01130<br>)<br>)<br>)<br>)<br>) |

## <u>AGREED ORDER</u>

Pursuant to the agreement of between the Plaintiff, Sandra Berrios, and remaining Defendant, Flagstar Bank, FSB, the parties represent they have reached an agreement regarding the Defendant's responses and objections to the Plaintiff's discovery requests as follows:

Plaintiff has agreed to enlarge the time for the Defendant to respond to her Requests for Production of Documents ("Requests") and Interrogatories to February 17, 2012;

Plaintiff has agreed to enlarge the time for the Defendant to produce a privilege log to February 17, 2012;

Plaintiff and Defendant will file a Joint Motion for Entry of a Protective Order on or before February 15, 2012;

Defendant will produce responses to the Plaintiff's Requests Nos. 7, 10, 11 & 21 and Interrogatory Nos. 1, 2, 7, 8, 10 & 14 upon entry of the protective order;

Defendant will supplement its document production to Requests Nos. 1-6, 8, 12-19, & 22-27 and answers to Interrogatory Nos. 3-6, 9, 11-13, 15-18, & 20-22;

Defendant will produce a "cheat sheet" of codes responsive to Request No. 20;

Plaintiff agrees to narrow the scope of Interrogatory No. 17 so that the Defendant does not have to provide information on settlements, if a case was settled;

Plaintiff agrees to withdraw Requests No. 27;

Plaintiff has narrowed the scope of Interrogatory No. 19 and Requests No. 28 so that the Defendant will only produce documents  related to those employees who processed the Plaintiff's ACDVs; and

By agreement the Defendant withdraws the objections to Requests and Interrogatories that they agree to produce/answer subject to a protective order and supplement their responses/ production as indicated above.

Accordingly, pursuant to the agreement of the Plaintiff and Defendant, and for good cause shown, it is hereby ADJUDGED, ORDERED, and DECREED that:

The Defendant shall have an enlargement until February 17, 2012 to produce its privilege log and respond to the Plaintiff's Requests and Interrogatories as indicated above.

The Clerk is directed to send certified copies of this Order to all counsel of record.


IT IS SO ORDERED:


Dated:  February __, 2012

_____
United States District Judge

WE ASK FOR THIS:

By: _____
Kristi Cahoon Kelly
Virginia State Bar No. 72791
SUROVELL ISAACS PETERSEN &
LEVY, PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone:  (703) 277-9774
Facsimile: (703) 591-9285
Email: kkelly@siplfirm.com

Leonard A. Bennett
Virginia State Bar No. 37523
Susan M. Rotkis
Virginia State Bar No. 40639
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com
*Attorneys for Plaintiff*

By: _____
George E. Kostel, Esq.
Virginia State Bar No. 34657
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
101 Constitution Ave., N.W
Suite 900
Washington, D.C. 20001
Telephone: (202) 712-2891
Facsimile: (202) 545-2958
Email: george.kostel@nelsonmullins.com
*Counsel for Flagstar Bank, FSB*