| Return this dispute report to: | Date: 06-15-2011 |
|---|---|
| TransUnion LLC | |
| 2 Baldwin Place, Crum Lynne, PA, 19022 | Control #: 23858211500401001N |
| FAX #: | FCRA Response Due Date: 07-10-2011 |
| Account Number: 274000124054 | Response Date: |
| Subscriber Code: Flagstar Bank/2525001 | Response Code: 02:Modify account information as indicated |

On the lines below, S indicates all Response elements are the Same as in the Request; U indicates all are Unknown; otherwise D indicates one or more are Different or Unknown

### Request Data / Response Data

| Request Data | | | | Response Data | | |
|---|---|---|---|---|---|---|
| Name: SANDRA J BERRIOS | | | D | Name: SANDRA BERRIOS | | |
| Address: 7418 RHONDDA DR, LORTON, VA, 22079 | | | D | Address: 7418 RHONDDA DR, LORTON, VA, 22079 | | |
| Prev. Name: | | | U | Prev. Name: | | |
| Prev. Address: 7918 RHONDDA DR, LORTON, VA, 22079 | | | U | Prev. Address: | | |
| SSN: 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 | | | S | SSN: 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 | | |
| DOB: 11-00-1969 | | | U | DOB: | | |
| Telephone Number: (999) 642-2620 | | | D | Telephone Number: (571) 642-2620 | | |

2nd Prev. Address: 5121 COLUMBIA PI 22, ARLINGTON, VA, 22204

Consumer States/Comments:

Dispute Code 1: 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating.

Dispute Code 2:

FCRA Relevant Information:

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 82 | | | | 09-01-2006 | $310888 | $9844 | $312000 | | |
| 84 | | | | 09-19-2006 | $310888 | $10557 | $312000 | | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | M | 360 | M | 04-01-2011 | | | $712 | 1 | | 12-01-2009 |
| 26 | | M | 30 | M | 04-01-2011 | | 02-01-2010 | $712 | 1 | | 12-22-2009 |

| Compliance Condition Code | SCC | Original Cr. Name | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| 01 | 17032701641000525 | | | | |
| 01 | 1703270164 | 100052550120827976 | | | |

Remarks: DF Contact #:

### Account History – Request / Response

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | D | 4 | 4 | 4 | 4 | 4 | D | D | D | D | D | 6 | 6 | 6 | 6 | 6 | 6 | D | D | D | D | D | D |
| D | D | D | D | D | D | D | 0 | 0 | 0 | 0 | 0 | D | D | D | D | D | D | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | B | - | - | - | - | - | - | - | - | - | 0 | 0 | B | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

### Associated Consumer 1 / Associated Consumer 2

| Associated Consumer 1 | Associated Consumer 2 |
|---|---|
| Name: | Name: |
| Address: | Address: |
| SSN: DOB: | SSN: DOB: |
| Telephone Number: | Telephone Number: |
| ECOA/Consumer Information Indicator: / | ECOA/Consumer Information Indicator: / |

Authorized Signature: ANGEL HALL     Tel#: (248) 312-6170
Date: 06-16-2011

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual to reflect changes noted above.

**EXHIBIT G**

FSB_000915

| Return this dispute response to: | |
|---|---|
| Experian<br>701 Experian Pkwy, Allen, TX, 75013 | Date: 06-21-2011<br>Control #: 2045279023001 |
| FAX #: | FCRA Response Due Date: 07-22-2011 |
| Account Number: 274000124054 | Response Date: |
| Subscriber Code: Flagstar Bank/2880824 | Response Code: 02:Modify account information as indicated |

On the lines below, S indicates all Response elements are the Same as in the Request; U indicates all are Unknown; otherwise D indicates one or more are Different or Unknown

### Request Data / Response Data

| Request Data | | | | Response Data | | |
|---|---|---|---|---|---|---|
| Name: | SANDRA J BERRIOS | | D | Name: | SANDRA BERRIOS | |
| Address: | 7418 RHONDDA DRIVE, LORTON, VA, 22079 | | D | Address: | 7418 RHONDDA DR, LORTON, VA, 22079 | |
| Prev. Name: | | | U | Prev. Name: | | |
| Prev. Address: | | | | Prev. Address: | | |
| SSN: | 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 | | S | SSN: | 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 | |
| DOB: | 11-16-1969 | | S | DOB: | 11-16-1969 | |
| Telephone Number: | | | D | Telephone Number: (571) 642-2620 | | |

2nd Prev. Address:

Consumer States/Comments:

Dispute Code 1: 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating.

Dispute Code 2:

FCRA Relevant Information: RDCV LOAN MODIFICATION AGREMNT DTD 9/9/09 AND RECEIPT OF PAYMNTS WHICH SHOWING THIS ACCT WAS NEVER DELINQUENT|/CURR ACCT ||||ACT. DT.06/20/11|||| ||||||||

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 84 | | | OPEN/ DEL 180 | 09-19-2006 | $310888 | $10557 | $312000 | | |
| 84 | | | | 09-19-2006 | $310888 | $10557 | $312000 | | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | | 002 | M | 06-16-2011 | | 02-01-2010 | $712 | 1 | | |
| 26 | | M | 30 | M | 04-01-2011 | | 02-01-2010 | $712 | 1 | | 12-22-2009 |

| Compliance Condition Code | SCC | Original Cr. Name | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|
| XB | | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | 100052550120827976 | $411 | | |
| 01 | 1703270164 | 100052550120827976 | | | |

Remarks: DF Contact #:

### Account History - Request / Response

| 6 | 6 | 6 | 6 | 6 | 6 | D | D | D | D | D | 6 | 6 | 6 | 6 | 6 | D | D | D | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | D | D | D | D | 0 | 0 | 0 | 0 | 0 | D | D | D | D | D | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | - | - | - | - | - | - | - | - | 0 | 0 | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

### Associated Consumer 1 / Associated Consumer 2

| Associated Consumer 1 | Associated Consumer 2 |
|---|---|
| Name: | Name: |
| Address: | Address: |
| SSN: DOB: | SSN: DOB: |
| Telephone Number: | Telephone Number: |
| ECOA/Consumer Information Indicator: / | ECOA/Consumer Information Indicator: / |

Authorized Signature: Abdul Numan  Tel#: (248) 312-5819
Date: 06-22-2011

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

| Return this dispute response to: | | |
|---|---|---|
| Equifax | Date: | 07-20-2011 |
| 1550 Peachtree St, Atlanta, GA, 30309 | Control #: | 999912010514780 56 |
| FAX #: | FCRA Response Due Date: | 08-22-2011 |
| Account Number: 274000124054 | Response Date: | |
| Subscriber Code: Flagstar Bank/168BB00847 | Response Code: | 02:Modify account information as indicated |

On the lines below, S indicates all Response elements are the Same as in the Request; U indicates all are Unknown; otherwise D indicates one or more are Different or Unknown

### Request Data / Response Data

| Request | | | | Response | | |
|---|---|---|---|---|---|---|
| Name: SANDRA J BERRIOS | | | D | Name: SANDRA BERRIOS | | |
| Address: 7418 RHONDDA DR, LORTON, VA, 22079 | | | S | Address: 7418 RHONDDA DR, LORTON, VA, 22079 | | |
| Prev. Name: | | | U | Prev. Name: | | |
| Prev. Address: 5121 COLUMBIA PIKE APT 22, ARLINGTON, VA, 22204 | | | U | Prev. Address: | | |
| SSN: 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 | | | S | SSN: 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 | | |
| DOB: 11-16-1969 | | | S | DOB: 11-16-1969 | | |
| Telephone Number: (703) 372-2157 | | | D | Telephone Number: (571) 642-2620 | | |

2nd Prev. Address: 3109 17TH RD S, ARLINGTON, VA, 22204

Consumer States/Comments:

| Dispute Code 1: | 024:Claims account closed by consumer. Verify Compliance Condition Code, Account Status, Date Closed, and Payment Rating. |
|---|---|
| Dispute Code 2: | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. |

FCRA Relevant Information:

| Account Status | Pay Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 84 | | 05 | | 09-01-2006 | $310888 | $10557 | $312000 | | |
| 84 | | | | 09-19-2006 | $310888 | $10557 | $312000 | | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | M | 30 | M | 06-01-2011 | | 02-01-2010 | $712 | 1 | | 12-01-2009 |
| 26 | | M | 30 | M | 07-21-2011 | | 02-01-2010 | $712 | 1 | | |

| Compliance Condition Code | SCC | Original Cr. Name | | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|---|
| XB | | | | | | | | | |
| XB | | | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | 1000525501208279 76 | $411 | | |
| 01 | 1703270164 | 1000525501208279 76 | | | |

Remarks: FANNIE MAE ACCOUNT                                   DF Contact #:

### Account History – Request / Response

| - | 6 | 6 | 6 | 6 | 6 | 6 | D | D | D | D | 6 | 6 | 6 | 6 | 6 | 6 | D | D | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | D | D | D | D | D | D | 0 | 0 | 0 | D | D | D | D | D | D | D | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | D | D | D | D | D | D | D | B | - | - | D | D | D | D | D | D | D | B | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

### Associated Consumer 1 / Associated Consumer 2

| Associated Consumer 1 | Associated Consumer 2 |
|---|---|
| Name: | Name: |
| Address: | Address: |
| SSN:    DOB: | SSN:    DOB: |
| Telephone Number: | Telephone Number: |
| ECOA/Consumer Information Indicator:  / | ECOA/Consumer Information Indicator:  / |

Authorized Signature: ANGEL HALL                                      Tel#: (248) 312-6170
Date: 07-21-2011

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

FSB_000917

| Return this response to: | Date: 08-16-2011 |
|---|---|
| TransUnion LLC | Control #: 23858211501001001P |
| 2 Baldwin Place, Crum Lynne, PA, 19022 | |
| FAX #: | FCRA Response Due Date: 09-08-2011 |
| Account Number: 274000124054 | Response Date: |
| Subscriber Code: Flagstar Bank/2525001 | Response Code: 02:Modify account information as indicated |

On the lines below, S indicates all Response elements are the Same as in the Request; U indicates all are Unknown; otherwise D indicates one or more are Different or Unknown

### Request Data / Response Data

| Request Data | | | | | | Response Data | | |
|---|---|---|---|---|---|---|---|---|
| Name: | SANDRA | J | BERRIOS | | D | Name: SANDRA | | BERRIOS |
| Address: | 7418 RHONDDA DR, LORTON, VA, 22079 | | | | D | Address: 7418 RHONDDA DR, LORTON, VA, 22079 | | |
| Prev. Name: | | | | | U | Prev. Name: | | |
| Prev. Address: | 7918 RHONDDA DR, LORTON, VA, 22079 | | | | U | Prev. Address: | | |
| SSN: | 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 | | | | S | SSN: 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 | | |
| DOB: | 11-00-1969 | | | | D | DOB: 11-16-1969 | | |
| Telephone Number: | (999) 642-2620 | | | | D | Telephone Number: (571) 642-2620 | | |

2nd Prev. Address: 5121 COLUMBIA PI 22, ARLINGTON, VA, 22204

Consumer States/Comments:

Dispute Code 1: 010:Settlement or partial payments accepted. Verify current Account Status, Payment Rating, Payment History Profile, and Current Balance.

Dispute Code 2: 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating.

FCRA Relevant Information:

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 82 | | | | 09-01-2006 | $310888 | $10557 | $312000 | | |
| 84 | | | | 09-19-2006 | $310888 | $10557 | $312000 | | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | M | 360 | M | 07-01-2011 | | | $712 | 1 | | 12-01-2009 |
| 26 | | M | 30 | M | 07-21-2011 | | 02-01-2010 | $712 | 1 | | |

| Compliance Condition Code | SCC | Original Cr. Name | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|
| XB | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| 01 | 17032701641000525 | | | | |
| 01 | 1703270164 | 1000525501208279176 | | | |

Remarks: ACCT INFO DISPUTED BY CONSUMR   DF Contact #:

### Account History – Request / Response

| D | D | 4 | 4 | 4 | 4 | 4 | D | D | D | 6 | 6 | 6 | 6 | 6 | 6 | - | - |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | D | D | D | D | D | D | 0 | 0 | 0 | - | - | - | - | - | - | - | - |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | - | - | - | - | - |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | - | - | - | - | - |
| 0 | B | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

### Associated Consumer 1 / Associated Consumer 2

| Associated Consumer 1 | Associated Consumer 2 |
|---|---|
| Name: | Name: |
| Address: | Address: |
| SSN:   DOB: | SSN:   DOB: |
| Telephone Number: | Telephone Number: |
| ECOA/Consumer Information Indicator: / | ECOA/Consumer Information Indicator: / |

Authorized Signature: Abdul Numan   Tel#: (248) 312-5819
Date: 08-18-2011

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.