## MOTION HEARING

Date: February 17, 2012

Start: 10:51 am
Finish: 11:24 am

Judge: IVAN D. DAVIS
Reporter: FTR
Deputy Clerk: Kate Toth

Civil Action Number: 11 cv 1130

Berrios

vs.

Experian Information Solutions, Inc et al

Appearance of Counsel for ( X )Pltf    ( X ) Deft
(   ) Matter is Uncontested
Motion to/for:

— mtn for protective order (#53)

Argued &
(   ) Granted  (   )Denied  ( X ) Granted in part/Denied in part
(   ) Taken Under Advisement  (   ) Continued to

(   ) Report and Recommendation to Follow
( X ) Order to Follow