IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| SANDRA J. BERRIOS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:11-cv-01130 (AJT/IDD) |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | ) |
| Defendants. | ) |

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Defendant Flagstar's Motion for Protective Order [53] is **GRANTED in part and DENIED in part**. Defendant's motion is granted in respect to the request that such depositions are to take place in Michigan rather than Virginia. The motion is denied in respect to requiring Plaintiff to issue subpoenas for the ACDV operators. The portion of Defendant's motion objecting to the 27 topics of inquiry set forth in the 30(b)(6) Notice is granted in part and denied in part as identified by the Court in the February 17, 2012 hearing.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 17th day of February 2012.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge

1