IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SANDRA BERRIOS, )
)
      Plaintiff, )
)
v. ) Civil No.: 1:11-cv-01130
)
EXPERIAN INFORMATION SOLUTIONS, )
INC., et al. )
      Defendants. )

### STIPULATION OF DISMISSAL

NOW COMES the Plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the consent of all remaining parties who have appeared, and stipulates to the dismissal of this action with prejudice as to her claims.

SANDRA J. BERRIOS

By   /s/
Kristi Cahoon Kelly, VSB #72791
SUROVELL ISAACS PETERSEN & LEVY, PLC
4010 University Drive, Second Floor
Fairfax, Virginia 22030
(703) 251-5400
(703) 591-9285
Email: kkelly@siplfirm.com
*Counsel for Plaintiff*

Leonard A. Bennett, VSB #37523
Susan Rotkis, Esq. VSB #40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, Virginia 23601
(757) 930-3660
(757) 930-3662 facsimile
Email: lenbennett@cox.net
*Counsel for Plaintiff*

So ordered
3/1/12
/s/
_____
Anthony J. Trenga
United States District Judge

1